UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 98-384-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

vs.

CONTREAS ANTONIO FAISON,

      Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on a Petition for Warrant or Summons for Offender Under Supervision. DE 70.

The matter was referred to Magistrate Judge Simonton, who on November 16, 2006 issued a Report recommending that a sentencing hearing be set to determine the appropriate sentence with respect to Defendant's violation of three conditions of his supervised release. DE 84.[1] The parties have not objected to the Report.

The Court, having conducted a *de novo* review of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (DE 84) is RATIFIED, AFFIRMED AND ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of December 2006.

                            URSULA UNGARO
                            UNITED STATES DISTRICT JUDGE

copies provided: Counsel of Record

---

[1] Defendant stipulated to the commission of violations 2, 3, and 4 of the Petition and the Government dismissed violation 1.